| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  **\*TXLC of Arlington II, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   
   **DBA  Texas Land & Cattle Steakhouse & Saloon**

3. **Debtor's federal Employer Identification Number** (EIN)
   
   **36-4732724**

4. **Debtor's address**

   **Principal place of business**
   
   **5055 W. Park Blvd., #500**
   **Plano, TX 75093**
   Number, Street, City, State & ZIP Code
   
   **Collin**
   County
   
   **Mailing address, if different from principal place of business**
   
   _____
   P.O. Box, Number, Street, City, State & ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   **1600 E Copeland Rd Arlington, TX 76011**
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   
   ☐ Partnership (excluding LLP)
   
   ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  ***TXLC of Arlington II, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7221__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   ***TXLC of Arlington II, LLC**                                                             Case number (*if known*)
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other  _____

  **Where is the property?**  _____
                              Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency  _____
             Contact name       _____
             Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   ***TXLC of Arlington II, LLC**                                          Case number (*if known*)
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 18, 2017**
              MM / DD / YYYY

**X /s/ Timothy Dungan**                                 **Timothy Dungan**
Signature of authorized representative of debtor          Printed name

Title   **President**


**18. Signature of attorney**

**X /s/ John P. Henry**                                   Date   **February 18, 2017**
Signature of attorney for debtor                                 MM / DD / YYYY

**John P. Henry**
Printed name

**The Law Offices of John Henry, P.C.**
Firm name

**4925 Greenville Avenue #1309**
**Dallas, TX 75206**
Number, Street, City, State & ZIP Code

Contact phone   **972-338-3630**        Email address   **general@jhenrylaw.com**

**24055655**
Bar number and State

Debtor  ***TXLC of Arlington II, LLC**  Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TEXAS

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Lone Star Steakhouse & Saloon of Springfield, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40303** |
| Debtor | **Lone Star Steaks, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/17/17** | Case number, if known | **17-40330** |
| Debtor | **Texas Land & Cattle of Fairview, LLC** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40300** |
| Debtor | **Texas Land & Cattle Steak House of North Carolina, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/18/17** | Case number, if known | **17-40332** |
| Debtor | **TX. C. C., Inc.** | | | Relationship to you | **Affiliate** |
| District | **Texas Eastern District** | When | **2/13/17** | Case number, if known | **17-40297** |

Fill in this information to identify the case:
Debtor name: ***TXLC of Arlington II, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ACCENT LIGHTING, INC. 2020 N WOODLAWN STE 220 Wichita, KS 67208 | | Facilities Repairs and Maintenance | | | | $549.53 |
| ATMOS ENERGY PO Box 790311 Saint Louis, MO 63179-0311 | | Utilities | | | | $3,330.04 |
| BROTHERS PRODUCE OF DALLAS, INC. PO BOX 550278 Dallas, TX 75355 | | Food for Resale | | | | $6,446.53 |
| CINTAS CORPORATION 4601 CREEKSTONE DRIVE STE 200 Durham, NC 27703 | | Supplies | | | | $3,276.98 |
| CITY OF ARLINGTON PO BOX 90020 Arlington, TX 76004 | | Utilities | | | | $2,456.86 |
| COMMUNITY COFFEE PO BOX 919149 Dallas, TX 75391-9149 | | Food for Resale | | | | $496.03 |
| COZZINI BROTHERS, INC. 350 HOWARD AVE Des Plaines, IL 60018 | | Supplies | | | | $624.24 |
| DIRECT SOURCE PO BOX 270530 Flower Mound, TX 75027 | | Supplies | | | | $901.16 |

Debtor  **\*TXLC of Arlington II, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DOWE MICROWAVE SERVICE**<br>800 SWITZER LN<br>Cedar Hill, TX 75104 | | **Facilities Repairs and Maintenance** | | | | $442.06 |
| **ECOLAB**<br>24673 NETWORK PL<br>Chicago, IL 60673-1246 | | **Supplies** | | | | $1,288.39 |
| **EDWARD DON & COMPANY**<br>2562 PAYSPHERE CIRCLE<br>Chicago, IL 60674 | | **Supplies** | | | | $3,962.09 |
| **HARRISON LANDSCAPE & DESIGN, LLC**<br>2745 N DALLAS PKWY #455<br>Plano, TX 75093 | | **Facilities Repairs and Maintenance** | | | | $926.89 |
| **METRO LINEN SERVICE**<br>PO BOX 978<br>McKinney, TX 75070 | | **Supplies** | | | | $5,850.91 |
| **NUCO2, LLC**<br>PO BOX 1143<br>Salt Lake City, UT 84110-1143 | | **Supplies** | | | | $365.49 |
| **PRECISION AIR & CABLE, INC.**<br>205 N HIGHWAY 175<br>Seagoville, TX 75159 | | **Facilities Repairs and Maintenance** | | | | $782.65 |
| **SOURCE POWER & GAS**<br>PO BOX 203690<br>Dallas, TX 75320 | | **Utilities** | | | | $22,878.71 |
| **STANLEY CONVERGENT SECURITY SOLUTIONS**<br>DEPT CH 10651<br>Palatine, IL 60055 | | **Trade debt** | | | | $574.43 |
| **SWISHER HYGIENE**<br>PO BOX 70343<br>Chicago, IL 60673 | | **Supplies** | | | | $2,928.00 |
| **Tarrant County Tax Assessor Collector**<br>100 E. Weatherford Street<br>Fort Worth, TX 76196 | | **Property Taxes** | | | | $6,279.00 |

Debtor ***TXLC of Arlington II, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US FOOD, INC.**<br>**2838 COLLECTIONS CTR DR**<br>**Chicago, IL 60693** | | **Food for Resale** | | | | **$50,049.10** |

1ST SOURCE RESTAURANT SERVICES, INC.
111 GOTCHER AVE
Lake Dallas, TX 75065

ACCENT LIGHTING, INC.
2020 N WOODLAWN STE 220
Wichita, KS 67208

ACE MART RESTAURANT SUPPLY CO.
PO BOX 974297
Dallas, TX 75397-4297

ATMOS ENERGY
PO Box 790311
Saint Louis, MO 63179-0311

BROTHERS PRODUCE OF DALLAS, INC.
PO BOX 550278
Dallas, TX 75355

CFI, LTD.
2340 W. Interstate 20, Suite 100
Arlington, TX 76017

CINTAS CORPORATION
4601 CREEKSTONE DRIVE STE 200
Durham, NC 27703

CITY OF ARLINGTON
PO BOX 90020
Arlington, TX 76004

COMMUNITY COFFEE
PO BOX 919149
Dallas, TX 75391-9149

COZZINI BROTHERS, INC.
350 HOWARD AVE
Des Plaines, IL 60018

DIRECT SOURCE
PO BOX 270530
Flower Mound, TX 75027

DOWE MICROWAVE SERVICE
800 SWITZER LN
Cedar Hill, TX 75104

ECOLAB
24673 NETWORK PL
Chicago, IL 60673-1246

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
Chicago, IL 60674

FEDEX
PO BOX 94515
Palatine, IL 60094-4515

HARRISON LANDSCAPE & DESIGN, LLC
2745 N DALLAS PKWY  #455
Plano, TX 75093

METRO LINEN SERVICE
PO BOX 978
McKinney, TX 75070

MIRACLE REFIND WATER, INC.
2708 E RANDOL MILL RD
Arlington, TX 76011-6722

NUCO2, LLC
PO BOX 1143
Salt Lake City, UT 84110-1143

OFFICE DEPOT
PO BOX 660113
Dallas, TX 75266-0113

PEPSI-COLA
PO BOX 75948
Chicago, IL 60675-5948

PRECISION AIR & CABLE, INC.
205 N HIGHWAY 175
Seagoville, TX 75159

SOURCE POWER & GAS
PO BOX 203690
Dallas, TX 75320

STANLEY CONVERGENT SECURITY SOLUTIONS
DEPT CH 10651
Palatine, IL 60055

STEVE KIRPATRICK
200 N 13TH  STE 107
Corsicana, TX 75110

SWISHER HYGIENE
PO BOX 70343
Chicago, IL 60673

Tarrant County Tax Assessor Collector
100 E. Weatherford Street
Fort Worth, TX 76196

TEXAS FILTER SERVICE, INC.
10276 ROBINSON DR
Tyler, TX 75703

US FOOD, INC.
2838 COLLECTIONS CTR DR
Chicago, IL 60693

# United States Bankruptcy Court
## Eastern District of Texas

In re: **\*TXLC of Arlington II, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **\*TXLC of Arlington II, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LSF5 Spur, LLC**
**5055 W. Park Blvd. #500**
**Plano, TX 75093**

☐ None [*Check if applicable*]

**February 18, 2017**
Date

**/s/ John P. Henry**
**John P. Henry 24055655**
Signature of Attorney or Litigant
Counsel for **\*TXLC of Arlington II, LLC**
**The Law Offices of John Henry, P.C.**
**4925 Greenville Avenue #1309**
**Dallas, TX 75206**
**972-338-3630 Fax:888-909-9312**
**general@jhenrylaw.com**